**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES MCCONNELL<br>Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-4616 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JAMES MCCONNELL, pursuant to

Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the

action captioned above, with prejudice.

BY: _/s/ Brent F. Vullings, Esq._
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800