IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MC CONNELL | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | NO. 08-cv-4616 |
| Defendant. | | |

### O R D E R

AND NOW, this 16th day of October 2008, it having been reported that the Plaintiff James McConnell has moved to dismiss this action, and pursuant to the provisions of Rule 41.(a)(1), of the Fed. R. Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. The Clerk of Court is directed to statistically close this matter.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J